IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MONICA EBODA,

    Plaintiff,

v.

PNC BANK, NATIONAL ASSOCIATION,

    Defendant.

CIVIL ACTION
NO. 17-707

# **ORDER**

**AND NOW**, this 18th day of September 2018, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 25), Defendant's Memorandum of Law in Support of Its Motion (Doc. No. 27), Plaintiff's Brief in Opposition to Defendant's Motion (Doc. No. 32), Defendant's Reply in Support of its Motion (Doc. No. 33), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 27) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.